UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                 :

UNITED STATES OF AMERICA                 :

          -v-                                       :         20-CR-195 (JMF)

ANTONIO RODRIGUEZ,                   :         <u>ORDER</u>

                    Defendant/Defendants.   :

------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

        It is hereby ORDERED that the defendant in the above captioned case, USM Number 87830-054, has been sentenced to a term of imprisonment of "Time Served," and therefore is to be released subject to any detainers.

        SO ORDERED.

Dated: February 3, 2021
       New York, New York                          _____
                                                            JESSE M. FURMAN
                                                         United States District Judge