UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
                                    :
UNITED STATES OF AMERICA            :
                                    :
         - v. -                     :       [PROPOSED] ORDER
                                    :
ANTONIO RODRIGUEZ,                  :
                                    :       20 Cr. 195 (JMF)
              Defendant.            :
------------------------------------x

       WHEREAS, on May 26, 2021, defendant ANTONIO RODRIGUEZ was arrested in connection with alleged violations of the term of supervised release (the "Specifications") imposed at sentencing in the above-referenced matter;

       WHEREAS, on May 27, 2021, defendant ANTONIO RODRIGUEZ was presented before the Honorable Barbara C. Moses, United States Magistrate Judge for the Southern District of New York, arraigned on the Specifications, and consented to detention without prejudice to a future bail application;

       WHEREAS, defendant ANTONIO RODRIGUEZ has been accepted to an inpatient mental health and drug treatment program located in Brooklyn, New York, to begin on or about June 21, 2021;

       WHEREAS, defendant ANTONIO RODRIGUEZ remains in custody at the Essex County Correctional Facility (BOP No. 87830-054);

IT IS HEREBY ORDERED that, on June 21, 2021, defendant ANTONIO RODRIGUEZ shall be released from the custody of the Bureau of Prisons; and

IT IS HEREBY FURTHER ORDERED that, upon defendant ANTONIO RODRIGUEZ's release, the United States Marshals Service shall transport RODRIGUEZ to the United States Probation Office for the Southern District of New York, located at 500 Pearl Street, New York, NY, 10007.

SO ORDERED:

Dated:   New York, New York
         __June 15__, 2021

_____
THE HONORABLE JESSE M. FURMAN
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK