# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

November 30, 2021

***Via ECF***
The Honorable Jesse M. Furman
United States District Judge
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

Application GRANTED. The conference is hereby ADJOURNED to December 20, 2021, at 11:00 a.m. in Courtroom 1105 of the Thurgood Marshall Courthouse, 40 Centre Street, New York, New York. The Clerk of Court is directed to terminate Doc. #49. SO ORDERED.

November 30, 2021

Re: ***United States v. Antonio Rodriguez,***
***20 Cr. 195 (JMF)***

Honorable Judge Furman:

With the consent of the Government, I write to respectfully request that the Court adjourn the violation hearing presently calendared for Wednesday, December 1, 2021, at 4 P.M. for approximately three weeks to December 20, 2021.

To date, Mr. Rodriguez has been ably represented by my colleague, Jennifer Willis. I have been asked to assume the representation and have submitted a Notice of Appearance. This adjournment is requested to afford me and Mr. Rodriguez adequate time to confer. Additionally, Ms. Willis and I have been working to obtain a thorough evaluation of Mr. Rodriguez for the Court's eventual consideration which is not yet complete. Accordingly, I respectfully request the Court adjourn tomorrow's hearing for approximately three weeks to December 20, 2021.

I have discussed this request with opposing counsel, Jacob Gutwillig, who consents to it on behalf of the Government.

Thank you for considering this request.

Respectfully submitted,

Christopher A. Flood
Assistant Federal Defender
Tel.: (212) 417-8734

cc:   Thomas Jacob Gutwillig, AUSA (by ECF)