# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

---

**David E. Patton**
*Executive Director*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

February 3, 2022

*Via ECF*
The Honorable Jesse M. Furman
United States District Judge
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

Application GRANTED. The conference is hereby ADJOURNED to March 31, 2022, at 3:15 p.m.. The Clerk of Court is directed to terminate Doc. #55. SO ORDERED.

*[signature]*

February 3, 2022

Re:   *United States v. Antonio Rodriguez,*
      **20 Cr. 195 (JMF)**

Honorable Judge Furman:

With the consent of the Government, I write to respectfully request that the Court adjourn the violation hearing presently calendared for Tuesday, February 15, 2022, at 3 P.M. for not less than 30 days.

This adjournment is requested to allow the defense to obtain a thorough evaluation of Mr. Rodriguez for the Court's eventual consideration which, because of lockdowns associated with Covid-19, is not yet complete. Accordingly, I respectfully request the Court adjourn tomorrow's hearing for at least 30 days.

I have discussed this request with opposing counsel, Jacob Gutwillig, who consents to it on behalf of the Government.

Thank you for considering this request.

Respectfully submitted,

*[signature]*

Christopher A. Flood
Assistant Federal Defender
Tel.: (212) 417-8734

cc:   Jacob Gutwillig, AUSA (by ECF)