UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
UNITED STATES OF AMERICA                                               :
                                                                       :
            -v-                                                        :   20-CR-195 (JMF)
                                                                       :
ANTONIO RODRIGUEZ,                                                     :        ORDER
                                                                       :
                        Defendant/Defendants.                          :
                                                                       :
-----------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

It is hereby ORDERED that the defendant in the above captioned case, USM Number 87830-054, has been sentenced to a term of imprisonment of "Time Served" plus one day --- such that he is to be released from the Essex County Jail to the United States Marshal Service on April 13, 2022.  On **April 13, 2022, no later than 10 a.m.**, the United States Marshal Service shall transport the defendant to the United States Courthouse at 500 Pearl Street, New York, NY, and transfer custody of the defendant to the Probation Department, which shall then arrange for the defendant to be admitted to Odyssey House for residential treatment consistent with the Judgment.

        SO ORDERED.

Dated: April 12, 2022
       New York, New York                    _____
                                                    JESSE M. FURMAN
                                                 United States District Judge